Pg 1
RECEIVED
MAY 13 2022
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

Dear Honorable Clerk of Peoria County Federal court house I'm in need of help Tazwell County Sheriffs Office refuses to Investigate an Attempt of murder on my wife and I life and reason to beleave that Delavan IL Police Department and Tazwell county Sheriffs Department Pekin IL has motavated my mother Sandie Klawer to posin my wife and I back in November 2021 I had to call Tazwell County Sheriffs 911 to send amblence my wife stoped breathing and was blue purple in lips right after smoking five hitters of weed my mother erged both of us to smoke before my mother urged us to smoke the weed we got picked up by my mother and her friend to get a ride from Pekin to delavan our Apartment I heard my mother whisper to her friend that cops are on stand by 3 times to her friend when I asked my mom sandie klawer why she said cops are on stand by she said I didnt say that which is a lie and started to urge my wife and I to smoke weed my mother has lased me in the past and I told my wife no dont

smoke the weed somethings not right my wife argued with me its fine I urged my wife not to by the time we got to our drive way my wife said shes smoking its fine my wife then smoked 5 hitters of weed very low amount of THC and then we walked up stairs by the time we got in the apartment my wife turn pail white and said she felt funny and dropped I cought her and laid her on the floor she wasnt breathing her lips where blue and purple I gave my wife CPR she threw up started to breath then stopped breathing again and I called 911 the moment she dropped by the way as you will hear on the 911 call as I was giving my wife CPR the whore trying to ask the problem finally after the 2nd time my wife threw up as I was giving her CPR and got my wife to breath thank God I told 911 to send a amblence to 102 E 8th St Delavan IL 61734 Apt. 3 it took 45 minutes for anyone to arive my wife was going in and out Ambelence gave my wife 8 narcans Police lied about it in report in Delaven

sorry for spelling

I told them to stop giving so much narcan it can give my wif a heart attack it's not a over dose it's Posin my mom gave R Rode with officer to Pekin ER my wife and I told doctor to do a drug test and check for Posin a and They refused to due any test several times I then said if you going to diegnose my wife with a accidental drug over dose Your going to at least do a drug test or I will sue that finally got the doctor to do a drug test it came back only weed THC nothing else then my wife and I told doctor to test for Posin the doctor refused cops and detectives refused to Investigate and Press charges on my mother Sandie Klawer Please Help my wife Roxanne N Klawer and I Paul J Klawer get this resolved we Have been dealing with Order Protections being Violated abuse, Hurassment from family and cops Alec Gerds Fedral Probation was aware of abuse and Hurassment and drug use my mother and Her Boy friend and friends did cops and Alec Gerds Fedral Probation and Detectives and State Attorney did nothing about it and it was on film the drugs/Hurassment/abuse/Order Protections being Violated and our

Also I Have Information on missing Person Janie Sellers Peoria county Police wont look into.

Son was taken by a DCFS worker thats currupt friends of my wife and I family Please come speak to me and Investigate this for the sake of Justice Please Help me and my wife with these Officals that act in bad faith and wanton I asked for Help from State Attorney Tazwell county and Tazwell county Sheriff and Delavan IL Police Department and Alec Gerds Fedral Probation office Please send a FBI Detective to speak to me at Tazwell county Justice center 101 S capital st Pekin IL 61554 as for Inmate Paul Klawer Please Help FBI Please I beg you To help me get the Truth and beg you to Help with these currupt officals. sincearly Paul J Klawer

God Bless

Please Help Please send a FBI Detective to Investigate these matters

ps. 5 Years of neglect to protect and serve my wife and Rights and life

ps. my wife Roxanne Klawer wasnt supposed to be on probation Judge James shadid made it cleare on 5-24-18 my wife 2 Years probation escape ran together original charg with 2 years served no

Detainee Paul Klawer
1015 Capital St
Pekin IL 61554

United States District Court
Clerk of Court
100 N.E. Monroe St.
Room 309
Peoria IL 61602

This correspondence is from an inmate of the Tazewell County Jail.